# United States Court of Appeals
## For the First Circuit

No. 06-1982

IN RE:  CHRISTINE H. LAZARUS,

Debtor.

JOSEPH B. COLLINS, TRUSTEE IN BANKRUPTCY OF CHRISTINE H. LAZARUS,

Appellant,

v.

GREATER ATLANTIC MORTGAGE CORPORATION and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

Appellees.

ERRATA

The opinion of this Court, issued on January 9, 2007, should
be amended as follows:

On page 3, 1st line of "(C)" in indented quote, fix spacing
between "such" and "creditor", if possible.

On page 10, last line of footnote 6, add a period after
"(1970)".